UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COLLUPY, | ) Case No. CV13-4778FFM |
| | ) |
| Plaintiff, | ) ORDER GRANTING REQUEST FOR |
| | ) VOLUNTARY DISMISSAL |
| vs. | ) PURSUANT TO FED. R. CIV. P. |
| | ) 41(a)(1)(A)(i) |
| ZELLER & ASSOCIATES, LLC., | ) |
| | ) Date: |
| Defendant. | ) Time: |
| | ) Crtrm: |
| | ) |
| _____ | ) The Hon. Frederick F. Mumm |

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

Dated: August 26, 2013          /S/ Frederick F. Mumm
                                Hon. Frederick F. Mumm
                                United States District Court Judge

[PROPOSED] ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(i)